[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-11147
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-00193-CG-M-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GLENN MARIO THOMAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(November 27, 2012)

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Glenn Mario Thomas in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thomas's convictions and sentences are **AFFIRMED**.